AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| KEELEY, IRENE M | USDC NORTHERN DISTRICT OF WV | 6/24 005 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT COURT JUDGE | ○ Nomination Date  ○ Initial  ● Annual  ○ Final | 1/1/2004 to 12/31/2004 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF WV PO BOX 2808, CLARKSBURG, WV | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - ( o reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | PRESIDENT ELECT | FEDERAL JUDGES ASSOCIATION |
| 2. | CHAIR | PRESIDENTS HOUSE COMMITTEE, WEST VIRGINIA UNIVERSITY |
| 3. | | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED
2005 JUN 29 A 11:39
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| KEELEY, IRENE M | 6/24/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** . (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** . (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | GROUND BREAKERS INC - PRESIDENT |
| 2. | 2004 | CLARKSBURG WATER BOARD - MEMBER |
| 3. | 2004 | WV CONSOLIDATED PUBLIC RETIREMENT BOARD |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** . (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | FEDERAL JUDGES ASS'N | 5/15-17/2004,PROFESSIONAL ASS'N MEETING,PENTAGON CITY,VA.(TRAVEL,MEALS AND ROOM) |
| 2 | FREEDOM FORUM | 10/25-27/2004,NATIVE AMERICAN PROGRAM,VERMILLION,SD.(TRAVEL,MEALS AND ROOM) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. BB&T | PERSONAL GUARANTOR CORP LOC | ● |
| 2. ST PAUL COMPANIES | PERSONAL GUARANTOR CONST BONDS | P2 |

| Name of Person Reporting | Date of Report |
|---|---|
| KEELEY, IRENE M | 6/24/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. JPMORGAN CHASE ACCT(FORMERLY BANK ONE) | A | Interest | L | T | | | | | SEE PART VIII ADD'L INFO |
| 2. HUNTINGTON NATL BANK ACCOUNTS | A | Interest | J | T | | | | | |
| 3. NOTE RECEIVABLE GROUND BREAKERS INC | D | Interest | M | T | | | | | |
| 4. GROUND BREAKERS INC COMMON STOCK | A | Dividend | P1 | U | | | | | |
| 5. HUNTINGTON BANCSHARES COMMON STOCK | A | Dividend | K | T | | | | | |
| 6. PROGRESS ENERGY INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 7. CHEVRONTEXACO CORP COMMON STOCK | C | Dividend | L | T | | | | | |
| 8. DUQUESNE LIGHT COMMON STOCK | B | Dividend | K | T | | | | | |
| 9. EXXON MOBIL CORP COMMON STOCK | A | Dividend | K | T | | | | | |
| 10. DYNEGY INC NEW ILL CL A COMMON STOCK | | None | J | T | | | | | |
| 11. NORTHWESTERN MUTUAL VARIABLE ANNUITY IRA | C | Interest | L | T | | | | | |
| 12. NORTHWESTERN MUTUAL VARIABLE ANNUITY IRA | E | Interest | O | T | | | | | |
| 13. REAL ESTATE-SHOP AND EQUIPMENT YARD CLAR SB R WV | D | Rent | M | W | | | | | |
| 14. EARTH MOVING RENTAL EQUIPMENT | G | Rent | N | W | | | | | |
| 15. IBM COMMON STOCK | A | Dividend | K | T | | | | | |
| 16. US SAVINGS BONDS | A | Interest | J | T | | | | | |
| 17. BELLSOUTH CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 18. FRIEDMAN,BILLINGS AND RAMSEY COMMON STOCK | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000

3. Value Method Codes: Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| KEELEY, IRENE M | 6/24/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. CITIGROUP INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 20. SBC COMMUNICATIONS INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 21. WORKING INTEREST ▮▮▮ TRAVIS, DODDRIDGE CTY, WV | B | Royalty | J | U | | | | | |
| 22. WO ING INT ▮▮ LOWTHER & ▮▮▮ M QUAID HA RISO CTY, W | A | Royalty | K | U | | | | | |
| 23. WESBANCO INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 24. RESIDENTIAL RENTAL CLARKSBURG WV | A | Interest | M | W | | | | | |
| 25. APPLIED MICRO CIRCUITS COMMON STOCK | | None | J | T | | | | | |
| 26. APPLIED MATERIAL INC COMMON STOCK | | None | J | T | | | | | |
| 27. BANK OF AMERICA CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 28. CIENA CORP COMMON STOCK | | None | J | T | | | | | |
| 29. EDISON INTL CALIF COMMON STOCK | A | Dividend | J | T | | | | | |
| 30. HALLIBURTON COMPANY COMMON STOCK | A | Dividend | J | T | | | | | |
| 31. OCCIDENTAL PETE CORP CAL COMMON STOCK | A | Dividend | J | T | | | | | |
| 32. THE OFFICE PROPERTIES LLC | | None | N | U | | | | | |
| 33. TRAVELERS PROPERTY CASUALTY CORP | A | Dividend | J | T | | | | | |
| 34. WORKING INTEREST ▮▮▮ WINDON HARRISON TY W | B | Royalty | J | U | | | | | |
| 35. WO KING INTEREST ▮▮▮ SWEENEY HARR.CTY WV | A | Royalty | J | U | BUY | 09/04 | J | | SEE PART VIII ADD'L INFO |
| 36. WORKING INTEREST ▮▮▮ DOYLE HARR. CTY WV | A | Royalty | J | U | BUY | 09/04 | J | | SEE PART VIII ADD'L INFO |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KEELEY, IRENE M | 6/24/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. ESTATE # 1(X) | | | M | Q | | | | | SEE PART VIII ADD'L INFO |
| 38. --COMM. REAL ESTATE HARRISON COUNTY WV | | | | | | | | | |
| 39. NORTHWESTERN MUTUAL EXTRA ORD. LIFE POLICY | C | Interest | L | T | | | | | SEE PART VIII ADD'L INFO |
| 40. NORTHWESTERN MUTUAL ADJ COMPLIFE POLICY | E | Interest | N | T | | | | | SEE PART VIII A D'L INFO |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H0 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

PART VII-LINE 1 - BANK ONE ACQUIRED BY JPMORGAN CHASE DURING 2004.

PART VII-LINE 35 - ACQUISITION OF WORKING INTEREST IN OIL AND GAS WELLS FROM DIVERSIFIED RESOURCES IN FALL 2004.

PART VII-LINE 36- ACQUISITION OF WORKING INTEREST IN OIL AND GAS WELLS FROM DIVERSIFIED RESOURCES IN FALL 2004.

PART VII-LINE 37&38 - REPORTING ████████████ IS EXECUTOR AND A 1/6 BENEFICIARY OF ESTATE #1, ESTATE CREATED 11/19/2003 AND WAS PREVIOUSLY EXEMPT FROM DISCLOSURE.

PART VII-LINE 39 - THIS ITEM IS A CORRECTION TO PRIOR YEARS REPORTS FOR THE INADVERTANT OMISSION OF THE INVESTMENT PORTION OF THE CASH VALUE OF A LIFE INSURANCE POLICY OWNED BY THE REPORTING PERSON.

PART VII-LINE 40 - THIS ITEM IS A CORRECTION TO PRIOR YEARS REPORTS FOR THE INADVERTANT OMISSION OF THE INVESTMENT PORTION OF THE CASH VALUE OF A LIFE INSURANCE POLICY OWNED BY THE REPORTING ████████████

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____         Date _June 24, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544